OPINION — AG — ** STATE DEPARTMENT OF HIGHWAYS — INDEPENDENT INSURANCE ** QUESTION: DOES THE STATE HIGHWAY DEPARTMENT HAVE THE AUTHORITY AND POWER TO ENTER INTO A CONTRACT WITH A GROUP ACCIDENT AND HEALTH INSURANCE COMPANY WITH AN INSURANCE COMPANY FOR IN BEHALF OF ITS EMPLOYEES ? — NEGATIVE (OUT OF DATE — NO LONGER IN EFFECT) CITE: 36 O.S. 814 [36-814], 69 O.S. 27.4 [69-27.4] (JAMES C. HARKIN)